797 A.2d 231

COMMONWEALTH of Pennsylvania ex
rel. Neil O'LEARY, Petitioner,

v.

Mr. DRAGOVICH, Warden, Sci Camp Hill, Respondent.

No. 42 EM 2001.

Supreme Court of Pennsylvania.

June 7, 2001.

## ORDER

PER CURIAM.

AND NOW, this 7th day of June, 2001, the request for leave to file original process is granted and the Petition for Writ of Habeas Corpus is denied.

797 A.2d 231

Dale E.W. GEIDEL, Sr., Appellant,

v.

Blaine CONNER, Jr., Sharon L. D'Eletto, Lt. Esmond, Thomas L. James, Department of Corrections, Jeffrey A. Beard, PH.D., Appellees.

Supreme Court of Pennsylvania.

Oct. 10, 2001.

Reconsideration denied Nov. 29, 2001.

## ORDER

PER CURIAM:

AND NOW, this 10th day of October, 2001, probable jurisdiction is noted and the order appealed is affirmed.